SAO
**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.; HI-TECH SECURITY INC; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02378-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS' PUNITIVE DAMAGES ALLEGATIONS** |

IT IS HEREBY STIPULATED AND AGREED by and between 1) Plaintiffs Jennifer Wyman, Bear Wyman, and the Joint Special Administrators of the Estate of Charles Wyman, by and through their attorneys of the law firm GREENMAN GOLDBERG RABY & MARTINEZ; 2) Defendant Smart Industries Corporation dba Smart Industries Corp., MFG, by and through its attorneys of the law firm BARRON & PRUITT, LLP; 3) Defendants Hi-Tech Security Inc. and William Roseberry, by and through their attorneys of the LAW OFFICE OF KENNETH E. GOATES; and 4) Defendant Boulevard Ventures, LLC, by and through its attorneys of the law firm

1

646.01

LEWIS BRISBOIS BISGAARD & SMITH, LLP, that Plaintiffs' punitive damages allegations in the above captioned case, shall be dismissed, without prejudice, each party to bear his attorney's fees and costs incurred to date.

DATED this 27th day of February, 2017

BARRON & PRUITT, LLP

*/s/ David Barron*

DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant Smart Industries Corporation*

DATED this 10th day of February, 2017

GREENMAN GOLDBERG RABY & MARTINEZ

*/s/ Gabriel A. Martinez*

GABRIEL A. MARTINEZ, ESQ.
Nevada Bar No. 326
THOMAS W. ASKEROTH, ESQ.
Nevada Bar No. 11513
601 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED this 13th day of February, 2017

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Josh Cole Aicklen*

JOSH COLE AICKLEN, ESQ.
Nevada Bar No. 7254
PAUL A. SHPIRT, ESQ.
Nevada Bar No. 10441
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant Boulevard Ventures, LLC*

DATED this ____ day of February, 2017

LAW OFFICE OF KENNETH E. GOATES

_____

KENNETH E. GOATES, ESQ.
Nevada Bar No. 8087
CARRIE McCREA HANLON, ESQ.
Nevada Bar No. 3902
3960 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendants Hi-Tech Security, Inc. and William Roseberry*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 28th day of February, 2017.

2

LEWIS BRISBOIS BISGAARD & SMITH, LLP, that Plaintiffs' punitive damages allegations in the above captioned case, shall be dismissed, without prejudice, each party to bear his attorney's fees and costs incurred to date.

| DATED this ____ day of February, 2017 | DATED this 10th day of February, 2017 |
|---|---|
| BARRON & PRUITT, LLP | GREENMAN GOLDBERG RABY & MARTINEZ |
| *(signature)* | *(signature)* |
| DAVID BARRON, ESQ.<br>Nevada Bar No. 142<br>JOSEPH R. MESERVY, ESQ.<br>Nevada Bar No. 14088<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant Smart Industries Corporation* | GABRIEL A. MARTINEZ, ESQ.<br>Nevada Bar No. 326<br>THOMAS W. ASKEROTH, ESQ.<br>Nevada Bar No. 11513<br>601 South Ninth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* |
| DATED this ____ day of February, 2017 | DATED this 17th day of February, 2017 |
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | LAW OFFICE OF KENNETH E. GOATES |
| | *(signature)* |
| JOSH COLE AICKLEN, ESQ.<br>Nevada Bar No. 7254<br>PAUL A. SHPIRT, ESQ.<br>Nevada Bar No. 10441<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant Boulevard Ventures, LLC* | KENNETH E. GOATES, ESQ.<br>Nevada Bar No. 8087<br>CARRIE McCREA HANLON, ESQ.<br>Nevada Bar No. 3902<br>3960 Howard Hughes Parkway, Ste. 600<br>Las Vegas, NV 89169<br>*Attorneys for Defendants Hi-Tech Security, Inc. and William Roseberry* |

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

646.01