1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: BPruitt@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\*\*\*\*\*

WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,

Plaintiff,

vs.

SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,

Defendants.

Case No.: 2:16-cv-01206-JCM-EJY

CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL

---

JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,

Plaintiffs,

vs.

SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,

Case No.: 2:16-cv-02378-JCM-EJY

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS RELATED TO JACOB WYMAN AND SARA RODRIGUEZ, NATURAL PARENT AND GUARDIAN AD LITEM, OF JACOB WYMAN**

1

627.67

Defendants.

HI-TECH SECURITY INC; and WILLIAM
ROSEBERRY,

     Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

     Third-Party Defendants.

  IT IS HEREBY STIPULATED AND AGREED, by and between Defendant SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., through its attorneys of record, BARRON & PRUITT; Plaintiff SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN, and JACOB WYMAN, through their attorneys of record, CLIFF W. MARCEK of BERTOLDO, BAKER, CARTER, SMITH & CULLEN; WESCO INSURANCE COMPANY, through its attorneys of record, DUBOWSKY LAW OFFICE, CHTD.; and JENNIFER WYMAN, BEAR WYMAN, and both JENNIFER WYMAN and KATHRYN D. HARDESTY, as joint special administrators for THE ESTATE OF CHARLES WYMAN, through their attorneys of record, EGLET ADAMS, that any and all claims by JACOB WYMAN or SARA RODRIGUEZ, as natural parent and guardian ad litem of JACOB WYMAN, may be dismissed in their entirety, with prejudice, each party to bear its own costs and fees.

///
///
///
///
///
///
///
///
///
///

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67

1    ///

2           Respectfully submitted,

3    Dated this 12th  day of June, 2023,          Dated this 12th day of June, 2023,

4    BARRON & PRUITT, LLP                         EGLET ADAMS

5    /s/ Joseph Meservy                           /s/ Brittney Glover

6    WILLIAM H. PRUITT, ESQ.                      TRACY A. EGLET, ESQ.
     Nevada Bar No. 6783                          Nevada Bar No. 6419
7    JOSEPH R. MESERVY, ESQ.                      BRITTNEY GLOVER, ESQ.
     Nevada Bar No. 14088                         Nevada Bar No. 15412
8    3890 West Ann Road                           400 South 7th Street, 4th Floor
     North Las Vegas, Nevada 89031                Las Vegas, Nevada 89101
9    Attorneys for Defendant                      Attorneys for the Wyman Plaintiffs
     Smart Industries Corporation

10

11   Dated this 12th day of June, 2023,           Dated this 12th day of June, 2023,

12   BERTOLDO, BAKER, CARTER, SMITH &             DUBOWSKY LAW OFFICE, CHTD.
     CULLEN
13                                                /s/ Peter Dubowsky

14   /s/ Cliff Marcek                             PETER DUBOSWKY, ESQ.

15   CLIFF W. MARCEK, ESQ.                        Nevada Bar No. 4972
     Nevada Bar No. 5061                          300 South Fourth Street, Suite 1020
16   7408 W. Sahara Ave.                          Las Vegas, Nevada 89101
     Las Vegas, Nevada 89117                      Attorneys for Plaintiff
17   Attorneys for Plaintiffs                     Wesco Insurance Company
     Sara Rodriguez and Jacob Wyman

18

19

20                              **ORDER**

21          Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

22          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims asserted by or on

23   behalf of JACOB WYMAN, including all claims asserted by SARA RODRIGUEZ, as natural parent

24   and guardian ad litem of JACOB WYMAN, shall be DISMISSED WITH PREJUDICE, each party to

25   bear its own costs and fees incurred in connection with those claims.

26          DATED  June 14, 2023.

27

28   _____
                   UNITED STATES DISTRICT JUDGE

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950